APPEAL,DJI,NPROSE

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:25-cv-03973-RPK-MMH

Maltese v. Smythe et al
Assigned to: Judge Rachel P. Kovner
Referred to: Magistrate Judge Marcia M. Henry
related Cases: 1:23-cv-04359-RPK-LB
1:23-cv-04566-RPK-LB
1:23-cv-04940-RPK-LB
1:23-cv-06204-RPK-LB
1:24-cv-04311-RPK-LB
1:24-cv-04736-RPK-LB
1:24-cv-07356-HG-LB
1:25-cv-00401-RPK-MMH
1:25-cv-02651-RPK-MMH
1:25-cv-03238-RPK-MMH
1:26-cv-04799-RPK-MMH
2:26-cv-03752-RPK-MMH
Cause: 28:1983 Civil Rights

Date Filed: 07/14/2025
Date Terminated: 05/18/2026
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**MaryAnn Maltese** represented by **MaryAnn Maltese**
19 Ringler Drive
E. Northport, NY 11371
PRO SE

V.

**Defendant**

**Edmund Smythe**
*Supervisor*

**Defendant**

**Kathy Hochul**
*NYS Governor*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2025 | 1 | COMPLAINT against Kathy Hochul, Edmund Smythe, filed by Maryann Maltese. (Attachments: # 1 Civil Cover Sheet, # 2 Letter with Exhibits) (CV) (Entered: 07/18/2025) |
| 07/14/2025 | 2 | MOTION for Leave to Proceed in forma pauperis by Maryann Maltese. (CV) (Entered: 07/18/2025) |
| 07/14/2025 | 3 | Clerk's Notice Re: Consent. A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings. In accordance with Rule 73 of the |

| | | |
|---|---|---|
| | | Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.The form may also be accessed at the following link: https://img.nyed.uscourts.gov/files/forms/MJConsentForm.pdf (CV) (Entered: 07/18/2025) |
| 07/28/2025 | 4 | Letter Enclosing Proposed Consent to Jurisdiction by US Magistrate Judge, filed by MaryAnn Maltese. (VRM) (Entered: 08/13/2025) |
| 08/14/2025 | | ORDER: The 2 motion to proceed *in forma pauperis* is denied without prejudice to renewal. To qualify for *in forma pauperis* status, a party must show that she "cannot because of h[er] poverty pay or give security for the costs [of litigation] and still be able to provide" herself "with the necessities of life." *Adkins v. E.I. Du Pont De Nemours & Co.*, 335 U.S. 331, 339 (1948) (internal quotation marks omitted).<br><br>Plaintiff's application does not make this showing. First, plaintiff's application reflects that she has substantial assets, in the form of home equity worth $560,000. Appl. to Proceed In Forma Pauperis 3 (Dkt. #2). Second, plaintiff's application reflects that she has more than $19,000 in monthly expenses, but she reports only $1,200 in monthly income, which raises substantial questions about whether plaintiff has assets or income being used to fund her expenses that are not reported on the IFP form. On or before 8/28/2025, plaintiff must pay the filing fee or submit a Long-Form *In Forma Pauperis* application. The application must explain why her reported assets cannot help pay or give security for her filing fees, 28 U.S.C. § 1915(a)(1), and provide information that makes clear how plaintiff currently supports herself without any assets other than her home, given her reported monthly income and expenses. *See* Appl. to Proceed In Forma Pauperis 1-3.<br><br>Plaintiff is advised that her failure to either pay the filing fee or file a satisfactory long form IFP Application will likely result in the dismissal of this action without prejudice. The Clerk of Court is respectfully directed to mail a copy of this docket order and the long form IFP application to plaintiff. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). Ordered by Judge Rachel P. Kovner on 8/14/2025. (AG) (Entered: 08/14/2025) |
| 08/15/2025 | 5 | FILING FEE: $ 405, receipt number 200005701 (VRM) (Entered: 08/15/2025) |
| 08/18/2025 | 6 | Summons Issued as to Kathy Hochul, Edmund Smythe. (VRM) (Entered: 08/18/2025) |
| 08/21/2025 | 7 | Letter dated 8/21/2025 from MaryAnn Maltese, re: 8/14/2025 Order. (VRM) (Entered: 08/22/2025) |
| 09/12/2025 | 8 | Letter dated from MaryAnn Maltese, re: Defendant's property records (VRM) (Entered: 09/12/2025) |
| 11/04/2025 | 9 | EMAIL EXHIBITS, filed by Maryann Maltese. (VRM) (Entered: 11/05/2025) |
| 11/07/2025 | 10 | ORDER re 6 : Rule 4(m) of the Federal Rules of Civil Procedure requires a plaintiff to serve each defendant within 90 days of filing the Complaint. Fed. R. Civ. P. 4(m) Accordingly, by **12/06/2025**, pro se Plaintiff shall serve Defendants and file proof of service in court or risk dismissal of the action. **See attached for further details**. |

| | | |
|---|---|---|
| | | A copy of this Order shall be mailed to pro se Plaintiff. However, pro se Plaintiff is encouraged to register for electronic service of the Court's orders by completing the form, Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases (available at: https://www.nyed.uscourts.gov/forms/pro-se-registration-and-consent-electronic-service-orders-and-notices-issued-court-civil-cases). So Ordered by Magistrate Judge Marcia M. Henry on 11/07/2025.(BMF) (Entered: 11/07/2025) |
| 01/12/2026 | | ORDER TO SHOW CAUSE: By **02/02/2026** pro se Plaintiff must file on the docket proof of service of the summons and Complaint or the undersigned will *sua sponte* recommend dismissal of this action for failure to prosecute.<br><br>On 11/07/2025, the Court warned Plaintiff that, if proper service was not made upon the defendant by 12/06/2025, or if Plaintiff failed to show good cause why such service has not been completed by that date, this action may be dismissed without prejudice. (ECF No. 10.) Since that Order, Plaintiff has not filed any document demonstrating proof of service of the summons and Complaint.<br><br>The Court takes judicial notice that Plaintiff has repeatedly emailed documents to the chambers of the Honorable Judge Rachel P. Kovner, the presiding district judge. Plaintiff may not email proof of service of the summons and Complaint to any judge's chambers. Plaintiff must file documents by hand-delivering or mailing them to: U.S. District Court of the Eastern District of New York, Attention: Pro Se Office, 225 Cadman Plaza East, Brooklyn, New York 11201. For this case, Plaintiff must include the following case caption on her filings: 1:25-cv-03973-RPK-MMH Maltese v. Smythe et al. Plaintiff must follow these procedures in this case just as she has done in many other cases filed in this district.<br><br>The Court will allow Plaintiff a final opportunity to comply with this Court's orders and Federal Rule of Civil Procedure 4(m). Accordingly, by **02/02/2026**, Plaintiff must file proof of service of the summons and Complaint with the Court as stated above. Plaintiff's continued failure to properly file service of the summons and Complaint will result in dismissal of this action.<br><br>A copy of this Order and the summary docket sheet shall be mailed to Plaintiff. So Ordered by Magistrate Judge Marcia M. Henry on 01/12/2026. (BMF) (Entered: 01/12/2026) |
| 05/18/2026 | | ORDER DISMISSING CASE: This action is dismissed for failure to serve defendants under Federal Rule of Civil Procedure 4(m). Rule 4(m) requires plaintiff to serve defendants with process within 90 days of the filing of the 1 complaint, unless the time for service is extended. On 1/12/2026, Magistrate Judge Marcia M. Henry ordered plaintiff to produce proof of service of the summons and complaint by 2/2/2026. To date, plaintiff has not filed proof of service on the docket. Accordingly, this action is dismissed for failure to serve defendants under Federal Rule of Civil Procedure 4(m). *See Thompson v. Maldonaldo*, 309 F.3d 107, 109 (2d Cir. 2002) (approving *sua sponte* dismissal of a complaint under Rule 4(m) if the plaintiff had been given prior notice and an opportunity to show cause); *see, e.g.*, *Brookliv LLC v. Meehan*, No. 21-CV-7178 (RPK) (RER), 2022 WL 1488664, at *1 (E.D.N.Y. May 11, 2022) (dismissing complaint under Rule 4(m) "[b]ecause plaintiff has not properly served defendant and an extension of time to effect service is not warranted"). The Clerk of Court is respectfully directed to mail a copy of this docket order to plaintiff. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge* |

Case: 26-2217, 08/06/2026, DktEntry: 2.1, (4 of 4)

| | | |
|---|---|---|
| | | *v. United States*, 369 U.S. 438, 444-45 (1962). Ordered by Judge Rachel P. Kovner on 5/18/2026. (AG) (Entered: 05/18/2026) |
| 08/06/2026 | 11 | NOTICE OF APPEAL as to Order Dismissing Case, by MaryAnn Maltese. (KS) (Entered: 08/06/2026) |
| 08/06/2026 | 12 | USCA Appeal Fees received $ 605 receipt number 200007220 re 11 Notice of Appeal filed by MaryAnn Maltese. (KS) (Entered: 08/06/2026) |
| 08/06/2026 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 11 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (KS) (Entered: 08/06/2026) |